STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
JULIETA STEPANYAN (State Bar No. 280691)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:  310-556-5800
Facsimile:   310-556-5959
Email:        *lacalendar@stroock.com*

Attorneys for Defendant
  Chase Bank USA, N.A., erroneously sued as
  JPMorgan Chase Bank

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JENNIFER GRUBAUGH,<br><br>            Plaintiff,<br><br>    vs.<br><br>EQUIFAX, INC.; TRANSUNION, LLC; JPMORGAN CHASE BANK; BANK OF AMERICA, NATIONAL ASSOCIATION and DOES 1 through 100 inclusive,<br><br>            Defendants. | Case No. 5:16-cv-00551-RMW<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND [PROPOSED] ORDER RE CASE DEADLINES** |

NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND
[PROPOSED] ORDER RE CASE DEADLINES
Case No. 5:16- cv-00551-RMW

LA 51984133

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Jennifer Grubaugh ("Plaintiff"), on the one hand, and defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), on the other, have reached a settlement in principle, which will result in the dismissal of Chase from this action with prejudice. Plaintiff and Chase currently are negotiating the terms of a settlement agreement and expect that the settlement documentation will be finalized within the next thirty (30) days. Accordingly, the parties respectfully request that all pending dates and filing requirements pertaining to Chase be vacated.

Dated: April 13, 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOSEPH ANGELO

By: */s/ Elliot Gale*
Elliot Gale

Attorneys for Plaintiff
Jennifer Grubaugh

Dated: April 13, 2016

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By: */s/ Stephen J. Newman*
Stephen J. Newman

Attorneys for Defendant
Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank

**IT IS SO ORDERED**.

Dated: 4/14/2016

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

- 1 -
NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND [PROPOSED] ORDER RE CASE DEADLINES
Case No. 5:16- cv-00551-RMW

LA 51984133

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086