1 | STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
2 | STEPHEN J. NEWMAN (State Bar No. 181570)
JULIETA STEPANYAN (State Bar No. 280691)
3 | 2029 Park Century East
Los Angeles, CA 90067-3086
4 | Telephone:  310-556-5800
Facsimile:   310-556-5959
5 | Email:      lacalendar@stroock.com

6 | Attorneys for Defendant
Chase Bank USA, N.A., erroneously sued as
7 | JPMorgan Chase Bank

8 | SAGARIA LAW, P.C.
Scott J. Sagaria (SBN 217981)
9 | Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
10 | 2033 Gateway Place, 5th Floor
San Jose, CA 95110
11 | Telephone:    408-279-2288
Facsimile:     408-279-2299
12 |
Attorneys for Plaintiff
13 | Jennifer Grubaugh

14 | **UNITED STATES DISTRICT COURT**

15 | **NORTHERN DISTRICT OF CALIFORNIA**

16 | **SAN JOSE DIVISION**

17 | JENNIFER GRUBAUGH,                          )   Case No. 5:16-cv-00551-RMW
                                                 )
18 |              Plaintiff,                      )
                                                 )
19 |     vs.                                      )   **STIPULATED REQUEST FOR**
                                                 )   **DISMISSAL OF DEFENDANT**
20 | EQUIFAX, INC.; TRANSUNION, LLC;             )   **JPMORGAN CHASE BANK**
JPMORGAN CHASE BANK; BANK OF                     )   **WITH PREJUDICE**
21 | AMERICA, NATIONAL ASSOCIATION and           )
DOES 1 through 100 inclusive,                    )
22 |                                              )
                                                 )
23 |              Defendants.                     )
                                                 )

24 |
25 |
26 |
27 |
28 |

IT IS SO ORDERED

*Ronald M. Whyte*
Judge Ronald M. Whyte

1    **TO THE COURT, CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS**

2    **OF RECORD:**

3          Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure

4    41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed WITH

5    PREJUDICE as to Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, only.

6    Each party shall bear its own attorneys' fees and costs.

7

8    Dated: _Mayle_, 2016          SAGARIA LAW, P.C.

9                                    SCOTT J. SAGARIA
                                ELLIOT W. GALE

10                                   JOE ANGELO

11                                   By: _____

12                                                 Elliot Gale

13                                   Attorneys for Plaintiff
                                  Jennifer Grubaugh

14

15   Dated: _May 18_, 2016        STROOCK & STROOCK & LAVAN LLP
                                JULIA B. STRICKLAND

16                                   STEPHEN J. NEWMAN
                                JULIETA STEPANYAN

17                                   By: _____

18                                           Stephen J. Newman

19                                   Attorneys for Defendant

20                                       Chase Bank USA, N.A., erroneously sued
                                  as JPMorgan Chase Bank

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

LA 51984568

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 18, 2016, copies of the foregoing **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK WITH PREJUDICE** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

By:    */s/ Stephen J. Newman*
                      Stephen J. Newman

- 2 -

LA 51984568